WO

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,  )<br>  Plaintiff,  )<br>v.  )<br>  )<br>Luis Fernando Esquivel, aka Fernie  )<br>  )<br>  Defendants.  )<br>_____) | CR 10-2376-17-TUC-DCB<br><br><br><br><br><br>**ORDER** |

The Court denies the Defendant's Motion for Reconsideration of the Order, issued on February 16, 2011, granting the Government's Motion to Revoke Defendant's Release.

Motions to reconsider are appropriate only in rare circumstances to correct manifest errors of law or fact or to present newly discovered evidence. *School Dist. No. 1J, Multnomah County, Oregon v. AcandS Inc.,* 5 F.3d 1255, 1263 (9th Cir. 1993). The Motion for Reconsideration does not direct the Court to any manifest error of law or fact, and there is no newly discovered evidence to suggest Defendant is neither a flight risk nor a danger to the community. Defendant has not rebutted the presumption that he be detained, pending trial. 18 U.S.C. § 3142(e)(3).

**Accordingly,**

**IT IS ORDERED** that the Motion for Reconsideration (doc. 278) is DENIED.

DATED this 4th day of May, 2011.

David C. Bury
United States District Judge